UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#
DATE FILED: 4/25/12

LEROY BROWN
_____

*(In the space above enter the full name(s) of the plaintiff(s).)*

-against-

THE CITY OF NEW YORK
NYC POLICE OFFICER GONZALEZ Shield #438
NYC POLICE OFFICER MATOS    Shield #8444
NYC POLICE OFFICER CHAMBERS Shield #9494
Individually and in their capacities
as NYC Police Officers

*(In the space above enter the full name(s) of the defendant(s). If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Part I. Addresses should not be included here.)*

AMENDED
COMPLAINT
under the Civil Rights Act,
42 U.S.C. § 1983

Jury Trial:  ☐ Yes  ☒ No
           *(check one)*

11  Civ. 6379   (KBF)

PRO SE OFFICE

I.  **Parties in this complaint:**

A.  List your name, identification number, and the name and address of your current place of confinement. Do the same for any additional plaintiffs named. Attach additional sheets of paper as necessary.

Plaintiff's    Name  Leroy Brown
               ID#   10R3988
               Current Institution  Watertown Corr. Facility
               Address              P.O. Box 168
                                    Watertown, NY 13601-0168

B.  List all defendants' names, positions, places of employment, and the address where each defendant may be served. Make sure that the defendant(s) listed below are identical to those contained in the above caption. Attach additional sheets of paper as necessary.

Defendant No. 1    Name  The City of New York            Shield #_____
                   Where Currently Employed _____
                   Address  c/o NYC Law Dept.
                            100 Church Street
                            New York, NY 10007

*Rev. 01/2010*                              1

|  |  |  |
|---|---|---|
| Defendant No. 2 | Name <u>NYC Police Officer Gonzalez</u> Shield # <u>438</u> | |
| | Where Currently Employed <u>NYC Police Dept.</u> | |
| | Address <u>23rd Pct., 162 E. 102 Street</u> <u>New York, NY 10029</u> | |

Defendant No. 3  Name <u>NYC Police Officer Matos</u>  Shield # <u>8444</u>
Where Currently Employed <u>NYC Police Dept.</u>
Address <u>23rd Pct., 162 E. 102 Street</u>
<u>New York, NY 10029</u>

**Who did what?**

Defendant No. 4  Name <u>NYC Police Officer Chambers</u>  Shield # <u>9494</u>
Where Currently Employed <u>NYC Police Dept.</u>
Address <u>23rd Pct., 162 E. 102 Street</u>
<u>New York, NY 10029</u>

Defendant No. 5  Name _____  Shield # ____
Where Currently Employed _____
Address _____

## II. Statement of Claim:

State as briefly as possible the <u>facts</u> of your case. Describe how each of the defendants named in the caption of this complaint is involved in this action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach additional sheets of paper as necessary.

A. In what institution did the events giving rise to your claim(s) occur?
<u>NOT APPLICABLE</u>

B. Where in the institution did the events giving rise to your claim(s) occur?

C. What date and approximate time did the events giving rise to your claim(s) occur?
<u>Commencing at approximately 10:30 p.m. on December 30,</u>
<u>2009 and continuing to and including January 7, 2010</u>

D. Facts: <u>See attached Description of Facts</u>

**What happened to you?**

*Rev. 01/2010*                                    2

ATTACHMENT TO AMENDED COMPLAINT
LEROY BROWN V. THE CITY OF NEW YORK ET. AL.
11 Civ. 6379 (KBF)

Description of Facts

At approximately 10:30 p.m. on December 30, 2009, Plaintiff exited from his apartment building located in the Metro North Apartment complex and located at 1964 1st Avenue, New York, NY.

Upon exiting his building and traversing the walkway leading from his building to the street entrance of the complex, Plaintiff encountered one of the defendant undercover police officers, a female, who was standing in the middle of the walkway nearer to the street entrance end thereof. Plaintiff requested said officer, whose identity was not then known to Plaintiff, to excuse him so that he could pass by her.

As Plaintiff proceeded to approach the guard booth at the street entrance of the complex, the two other defendant undercover police officers, both male, appeared from the building adjacent to the guard booth and began to question Plaintiff as to his whereabouts, without reading him his Miranda rights.

Said male police officers asked Plaintiff for identification whereupon he produced photo identification bearing his address at 1964 1st Avenue and then all 3 officers produced their identification to Plaintiff. Said officers then asked Plaintiff whether he had any sharp objects on his person, whereupon Plaintiff responded "no" and then asked said officers what the problem was.

At this point, said officers, without probably cause, searched Plaintiff's person and found, in his jacket pocket, 2 "roaches" containing marihuana residue, which had been smoked by Plaintiff at least 2 weeks prior to such search and for which Plaintiff at most should have been issued a Desk Appearance Ticket.

Said defendant officers then proceeded to place Plaintiff under arrest and brought him to the 23rd Precinct, where he was fingerprinted, photographed and charged with a misdemeanor possession charge.

Plaintiff was then brought to Central Booking at the NYC Criminal Court where he was further detained from December 30, 2009 to and including January 7, 2010.

On January 7, 2010, Plaintiff was brought into an empty courtroom by a court officer and then allowed to exit to the street without arraignment or hearing.

Thereafter, Plaintiff obtained a copy of his rap sheet from

Page 2
Attachment to Amended Complaint
Brown v. The City of New York

the Criminal Justice Department and learned that the New York District Attorney's office, on January 6, 2010, had declined to prosecuted Plaintiff with respect to his arrest on December 30, 2009, thus resulting in his release on January 7, 2010 as stated above.

Plaintiff's case was sealed, in termination of the criminal action in his favor.

| Was anyone else involved? | _____ |

(blank lined space)

| Who else saw what happened? | |

### III. Injuries:

If you sustained injuries related to the events alleged above, describe them and state what medical treatment, if any, you required and received.

_____ NOT APPLICABLE _____

### IV. Exhaustion of Administrative Remedies:     NOT APPLICABLE

~~The Prison Litigation Reform Act ("PLRA"), 42 U.S.C. § 1997e(a), requires that "[n]o action shall be brought with respect to prison conditions under section 1983 of this title, or any other Federal law, by a prisoner confined in any jail, prison, or other correctional facility until such administrative remedies as are available are exhausted." Administrative remedies are also known as grievance procedures.~~

A.   Did your claim(s) arise while you were confined in a jail, prison, or other correctional facility?

     Yes ____   No ____

If YES, name the jail, prison, or other correctional facility where you were confined at the time of the events giving rise to your claim(s).

_____
_____
_____

B.  Does the jail, prison or other correctional facility where your claim(s) arose have a grievance procedure?

Yes ____    No ____    Do Not Know ____

C.  Does the grievance procedure at the jail, prison or other correctional facility where your claim(s) arose cover some or all of your claim(s)?

Yes ____    No ____    Do Not Know ____

If YES, which claim(s)? _____

D.  Did you file a grievance in the jail, prison, or other correctional facility where your claim(s) arose?

Yes ____    No ____

If NO, did you file a grievance about the events described in this complaint at any other jail, prison, or other correctional facility?

Yes ____    No ____

E.  If you did file a grievance, about the events described in this complaint, where did you file the grievance?

_____

1.  Which claim(s) in this complaint did you grieve?
_____
_____

2.  What was the result, if any?
_____
_____

3.  What steps, if any, did you take to appeal that decision? Describe all efforts to appeal to the highest level of the grievance process.
_____
_____
_____

F.  If you did not file a grievance:

1.  If there are any reasons why you did not file a grievance, state them here:
_____
_____
_____

Rev. 01/2010                                    4



2. If you did not file a grievance but informed any officials of your claim, state who you informed, when and how, and their response, if any:

G. Please set forth any additional information that is relevant to the exhaustion of your administrative remedies.

Note: You may attach as exhibits to this complaint any documents related to the exhaustion of your administrative remedies.

## V. Relief:

State what you want the Court to do for you (including the amount of monetary compensation, if any, that you are seeking and the basis for such amount).

Compensatory Damages for loss of liberty/false arrest and imprisonment - $2,500 per day or $22,500

Emotional Distress/Mental Anguish - $25,000

Punitive Damages - $4,000,000

*Rev. 01/2010*                          5

_____
_____
_____
_____

VI. **Previous lawsuits:**

| On these claims |

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action?

Yes _____ No _X_

B. If your answer to A is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another sheet of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3. Docket or Index number _____

_____ 4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

6. Is the case still pending? Yes _____ No _____

If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
_____

| On other claims |

C. Have you filed other lawsuits in state or federal court otherwise relating to your imprisonment?

Yes _____ No _X_

D. If your answer to C is YES, describe each lawsuit by answering questions 1 through 7 below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same format.)

1. Parties to the previous lawsuit:

Plaintiff _____
Defendants _____

2. Court (if federal court, name the district; if state court, name the county) _____

_____ 3. Docket or Index number _____

_____ 4. Name of Judge assigned to your case _____

5. Approximate date of filing lawsuit _____

*Rev. 01/2010*                                     6

6. Is the case still pending? Yes ____ No ____
   If NO, give the approximate date of disposition _____

7. What was the result of the case? (For example: Was the case dismissed? Was there judgment in your favor? Was the case appealed?) _____
   _____
   _____

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 22nd day of __April__, 2012.

|  |  |
|---|---|
| Signature of Plaintiff | *Leroy Brown* |
| Inmate Number | 10R3988 |
| Institution Address | Watertown Corr. Facility |
|  | PO Box 168 |
|  | Watertown, NY 13601-0168 |

Note: All plaintiffs named in the caption of the complaint must date and sign the complaint and provide their inmate numbers and addresses.

I declare under penalty of perjury that on this 22nd day of __April__, 2012 I am delivering this complaint to prison authorities to be mailed to the *Pro Se* Office of the United States District Court for the Southern District of New York.

Signature of Plaintiff: *Leroy Brown*
Leroy Brown

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

LEROY BROWN
---

*(In the space above enter the full name(s) of the plaintiff(s)/petitioner(s).)*

- against -

THE CITY OF NEW YORK
NYC POLICE OFFICER GONZALEZ Shield #438
---
NYC POLICE OFFICER MATOS   Shield #8444
---
NYC POLICE OFFICER CHAMBERS  Shield #9494
---

*(In the space above enter the full name(s) of the defendant(s)/respondent(s).)*

11 Civ. 6379 (KBF) (__)

**AFFIRMATION OF SERVICE**

I, __LEROY BROWN__, declare under penalty of perjury that I have
         *(name)*

served a copy of the attached __Amended Complaint__
                              *(document you are serving)*

upon __The City of New York__, whose address is __c/o Corporation__
     *(name of person served)*

__Counsel, NYC Law Dept., 100 Church Street, NY, NY 10007__
                *(where you served document)*

by __US postage prepaid mail__
   *(how you served document: For example - personal delivery, mail, overnight express, etc.)*

Dated: __Watertown__, __NY__
        *(town/city)*  *(state)*

__April__ __22__, 20__12__
*(month)* *(day)* *(year)*

*Signature* Leroy Brown DIN 10R3988

Address __Watertown Corr. Facility__
__P.O. Box 168__
__Watertown, NY 13601-0168__
*City, State*

*Zip Code*

*Telephone Number*

*Rev. 05/2007*